# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MICHAEL GERA (DECEASED), DOROTHY GERA, MICHAEL G. GERA AND JOHN M. GERA | : No. 944 MAL 2014 |
| | : |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| MARYLOU RAINONE, D.O., ROBERT DECOLLI, JR., D.O., AND SCHUYLKILL MEDICAL CENTER, | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: MICHAEL G. GERA AND JOHN M. GERA | : |
| | : |

| | |
|---|---|
| MICHAEL GERA, DECEASED, DOROTHY GERA, MICHAEL G. GERA, AND JOHN M. GERA | : No. 945 MAL 2014 |
| | : |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| MARYLOU RAINONE, D.O., ROBERT DECOLLI, JR., D.O., SCHUYLKILL MEDICAL CENTER, | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF:   MICHAEL G. GERA AND JOHN M. GERA | : |
| | : |

**ORDER**

**PER CURIAM**

      **AND NOW**, this 7th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.